UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
NOV 26 ... AM '03

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INS. CO. | CASE NO. 3:02cv1500(GLG) |
| Plaintiff, | |
| VS. | |
| TRITON MARINE CONSTRUCTION CORP., ET AL | NOVEMBER 25, 2003 |

## MOTION FOR MODIFICATION
## TO PARTIES' SCHEDULING ORDER

The parties request modification to the Scheduling Order in accordance with the Revised Rule 26(F) Report of Parties' Planning Meeting filed herewith. Discovery has been ongoing in this matter and the primary parties to the dispute — **TRAVELERS PROPERTY & CASUALTY INS. CO. and TRITON MARINE CONSTRUCTION CORP., ET AL** — have consented to the Revised Rule 26(F) Report and to the proposed revised dates. Accordingly, the parties request that the Court amend the Scheduling Order in accordance with the fully executed Revised Planning Memorandum submitted herewith.

Motion GRANTED.
Gerard L. Goettel, USDJ
12/11/12

FILED
DEC 11 ... '03