UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 15  2 59 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Civil Action No. 302CV1500GLG

| |
|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY, Plaintiff, <br><br> v. <br><br> TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY, Defendants. |

## MOTION TO COMPEL AND REQUEST FOR SANCTIONS
## OF TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY

Plaintiff, Travelers Casualty & Surety Company of America ("Travelers"), pursuant to FRCP 37 and L.Civ. R. 37 requests that this Court order Defendant, Triton Marine Corp. ("Triton") to produce documents previously requested in Travelers' First Request for Production of Documents. Travelers further requests the imposition of sanctions against Triton for causing Travelers to travel to Seattle, Washington to review documents, ostensibly responsive to Travelers' First Request for Production of Documents, only to determine that significant documents were not produced. A brief in support of this Motion is attached.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,
By the Plaintiff,
**Travelers Property and Casualty Insurance Co.**
By its attorneys,

_____
Bradford R. Carver, (ct12846)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Phone: (617) 217-5500
Fax: (617) 217-5200

Dated:

Local Rule 2(c) Counsel:

James E. Mack, Esq.
Travelers Property Casualty Company
One Tower Square
Bond Claim, 14CZ
Hartford, CT 06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, BBO #565396, hereby certify that on this _12_ day of December, 2003, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

John J. O'Brien, Jr., Esq.
Moller, Peck & O'Brien, LLC
1010 Wethersfield Avenue
Hartford, CT 06114

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122

_____
Bradford R. Carver, (ct12846)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Phone: (617) 217-5500

311878v1