# CETRULO & CAPONE LLP
COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200
www.cetcap.com
Direct Dial: (617) 217-5208
E-Mail Address: bcarver@cetcap.com

NEW YORK, NEW YORK
TELEPHONE (212) 635-2230

PROVIDENCE, RHODE ISLAND
TELEPHONE (401) 274-7850

YARDLEY, PENNSYLVANIA
TELEPHONE (215) 579-5600

October 29, 2003

**VIA FACSIMILE (860) 947-3236**
John J. O'Brien, Jr., Esq.
Moller, Peck & O'Brien, LLC
1010 Wethersfield Avenue
Hartford, CT 06114

Re: Travelers Marine Property & Casualty Insurance Company v. Triton Marine Construction Corp., et al
United States District Court for the District of Connecticut
Civil Action Number 302CV1500GLG
Our File: 1037-7

Dear John:

As you know, Eric Loeffler of our firm traveled to Seattle last week to review Triton's documents pursuant to our Request for Production of Documents. Among other things, Request Numbers 3, 4, 9 and 10 make reference to Triton's litigation with the Army Corps. Request Numbers 6, 7, 8 all pertain to documents involving Triton's rework insurance. Upon a cursory review of the documents produced it became readily apparent that Triton produced no documents pertaining to the Triton/Army Corps litigation nor did it produce any documents pertaining to the rework insurance. Triton's failure to produce the documents is entirely unacceptable and given the significant expense that has now been incurred, Travelers will reserve its right to seek sanctions against Triton.

My agreement to take the depositions of Messrs. Boyd and McClung on November 20 and 21 was specifically contingent upon production of requested documents. Without an ability to review requested documents prior to the deposition, I am further reserving my right to cancel the depositions. As I understand it, some documents may be produced this week and I will provide you with a specific answer with respect to the depositions once the documents have been received.

On a related matter, I still have not received answers to the interrogatories that were propounded on Triton on July 25, 2003. If answers to the interrogatories are not produced within the next ten (10) days, a motion to compel will be filed.

CETRULO & CAPONE LLP
John J. O'Brien, Jr., Esq.
November 10, 2003
Page 2

Finally, on October 28, 2003 I responded to your proposed revised Rule 26(f) Report I have not yet received a revised report. Please provide me with that document.

Very truly yours,

Bradford R. Carver

BRC/lam
cc: Dale R. Martin, Esq. *(via facsimile)*
    Ms. Sherrie L. Monteiro *(via facsimile)*
    Eric Loeffler, Esq.
308433v1