# CETRULO & CAPONE LLP

COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200
www.cetcap.com
Direct Dial: (617) 217-5208
E-Mail Address: bcarver@cetcap.com

NEW YORK, NEW YORK
TELEPHONE (212) 635-2230

PROVIDENCE, RHODE ISLAND
TELEPHONE (401) 274-7850

YARDLEY, PENNSYLVANIA
TELEPHONE (215) 579-5600

November 17, 2003

**VIA FACSIMILE (860) 947-3236**
John J. O'Brien, Jr., Esq.
Moller, Peck & O'Brien, LLC
1010 Wethersfield Avenue
Hartford, CT 06114

Re: Travelers Marine Property & Casualty Insurance Company v. Triton Marine Construction Corp., et al
United States District Court for the District of Connecticut
Civil Action Number 302CV1500GLG
Our File: 1037-7

Dear John:

On mid-day Friday I received an additional box of documents from Dale Martin's office that contained the deposition transcripts of Steve Purdy, Dale Carver, Stanley Hayes, Michael Zwolinski and Hassan Tondravi. Also included in the same box were documents entitled "COE Deposition Exhibits 1-262." As of the close of business, Friday, November 14, 2003 I had not received any documents relative to Document Requests 6, 7 or 8, all pertaining to Triton's rework insurance. I also did not receive any documents pertaining to Document Request 9 relating to the settlement or resolution of the Triton/USA lawsuit.

You requested that prior to cancelling the depositions presently scheduled for November 20 and 21, 2003 that I review the documents to determine if the depositions can proceed. I reviewed those documents over the weekend along with those documents that our office had reviewed in Seattle and that were delivered earlier last week. Because of the critically important nature of documents pertaining to the rework insurance as well as any and all documents that may relate to the resolution of the Triton/USA lawsuit I am cancelling the depositions.

The depositions, of course, must be promptly rescheduled. Prior to rescheduling the depositions, please let me know, in writing, when the following will be provided:

**CETRULO & CAPONE LLP**
John J. O'Brien, Jr., Esq.
November 17, 2003
Page 2

- Written answers to the Request for Production of Documents and Interrogatories.

- Receipt of documents in response to the Request for Production of Documents. Notably, this must include documents pertaining to Request Number 9 dealing with the settlement or resolution of the Triton/USA lawsuit. It is noted that in the documents thus far provided not one pleading or piece of correspondence has been submitted by and between Triton and the government concerning the Triton/USA lawsuit.

- In reviewing the pleadings in this matter in anticipation that the depositions, it is noted that Triton has also not complied with F.R.C.P. Rule 26(a), that is, the "Automatic Disclosures". In particular, Triton is required to provide or make available all documents that might be used by Triton to support its claims or defenses as well as a computation of damages. When will Triton provide those documents?

Finally, and as we previously discussed, it is important that the Revised Report be submitted to the Court. I have previously provided you with my comments to the Revised Report. Travelers requests that the Report be filed within the next three (3) days. If the Report is not filed by your office, Travelers will file the Report.

Given the failure of Triton to produce documents that were clearly and unequivocally requested five months ago, Travelers reserves its right to seek sanctions against Triton.

Please provide me with written confirmation as to when the above documents will be received. Once the documents are received we can reschedule the depositions Messrs. Boyd and McClung as well as Triton's 30(b)(6) representative.

Very truly yours,

Bradford R. Carver

BRC/lam
cc:   Dale R. Martin, Esq. *(via facsimile)*
      Ms. Sherrie L. Monteiro *(via facsimile)*

309320v1