**Carver, Brad**

| | |
|---|---|
| **From:** | John J. O'Brien, Jr., Esq. [jobrien@mpolaw.com] |
| **Sent:** | Tuesday, November 25, 2003 9:17 AM |
| **To:** | 'Carver, Brad' |
| **Subject:** | RE: Triton |

brad, i will make the suggested change and get the report out the door today. i am presently expecting that you will have the information next week. i will confirm that the beginning of next week. have a good thanksgiving.

-----Original Message-----
From: Carver, Brad [mailto:bcarver@cetcap.com]
Sent: Monday, November 24, 2003 1:49 PM
To: John J. O'Brien, Jr., Esq.
Cc: Sherrie L. Monteiro (E-mail)
Subject: Triton


John-
    I have received and reviewed your revised Report faxed today.
    Dale's edits/additions are acceptable subject to the following:
    The new paragraph 22 is an incorrect statement of fact.  The correct
phraseology should be: "On or about June 1, 2000 Travelers purchased certain
assets and liabilities of Reliance Insurance Company. Travelers is acting as
agent and administrator on behalf of Reliance."
    I believe the FRCP section in paragraph 9 should be 26(a)(1)(C) and
not 26(a)(c)(c).
    If acceptable, please have the Report files and provide me with a
time-stamped copy.

    On a related matter, when will we receive the insurance information
and the damage information under 26(a)(1)(C)?  We must schedule the
depositions.  I want to avoid filing a motion to compel and thus I must get
a firm date for the production of the documents.

Bradford R. Carver
Cetrulo & Capone LLP
Two Seaport Lane, 10th Fl.
Boston, MA 02210
bcarver@cetcap.com
(617) 217-5208
(617) 217-5200 - Fax




****************************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.

This footnote also confirms that this email message has been swept by
MIMEsweeper for the presence of computer viruses.

1