FILED

Jan 5  8 34 AM '04

UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY : <br> INS. CO. <br>       Plaintiff, | CASE NO. 3:02cv1500(GLG) |
| VS. | |
| TRITON MARINE CONSTRUCTION <br> CORP., ET AL | DECEMBER 31, 2003 |

## TRITON MARINE CORP.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS

Plaintiff makes two requests in its Motion:

1.  That the Court compel the production of documents; and

2.  That the Court impose sanctions.

With regard to its Motion to Compel, the Plaintiff seeks the production of documents which are responsive to its Requests for Production Nos. 6, 7, 8 and 9. Documents which are responsive to these Requests have now been provided to the Plaintiff, and thus, any Motion to Compel is moot.

Plaintiff further requests that the Court impose sanctions amounting to its costs to travel to Seattle, Washington to conduct its review of documents produced. Implied in the Plaintiff's request is that its travel to Seattle was futile and a waste of resources because documents were not produced in response to Request Nos. 6, 7, 8 and 9. The Plaintiff fails to indicate, however, that it was provided with several four-draw file cabinets containing documents in response to Request Nos. 1, 2, 3, 4, 5, 10 and 11 and that it reviewed all of those documents as part of the production. Documents comprising the response to Request Nos. 6, 7, 8 and 9 take up a mere two notebooks and had not previously been produced because of pending issues of privilege and confidentiality. Thus, **TRITON MARINE CONSTRUCTION CORP., ET AL** submits that the imposition of any sanctions would be inappropriate.

**DEFENDANTS,**
**TRITON MARINE CONSTRUCTION CORP., ET AL**

By _____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
**MOLLER, PECK AND O'BRIEN, L.L.C.**
1010 Wethersfield Avenue, Suite 305
Hartford, Connecticut 06114

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of December, 2003, the foregoing was mailed to the following counsel of record:

Bradford R. Carver, Esq.
**Cetrulo & Capone, LLP**
Two Seaport Lane, 10th Floor
Boston, Massachusetts 02210

_____
JOHN J. O'BRIEN, JR., ESQ.

2