UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 10  4 27 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Civil Action No. 302CV1500GLG

TRAVELERS PROPERTY & CASUALTY
INSURANCE COMPANY,
      Plaintiff,

v.

TRITON MARINE CONSTRUCTION CORP.,
R. JOHN ARMSTRONG, PATRICIA B.
ARMSTRONG, LEOLA E. DALY, M. JEAN
SEARLE, WILLIAM F. SEARLE, WENDELL
E. WEBBER, JANICE K. WEBBER,
SANDRA F. PRESTRIDGE, A. BURTON
PRESTRIDGE, EDWARD A. WARDELL,
CAROLYN S. WARDELL, JERRY W.
MCDONALD, MARY J. MCDONALD, AND
THE ESTATE OF EUGENE F. DALY,
      Defendants.

## MOTION FOR LEAVE TO PERMIT ERIC H. LOEFFLER
## TO APPEAR AND PRACTICE *PRO HAC VICE*

The undersigned counsel for Travelers Property & Casualty Insurance Company respectfully moves this Honorable Court pursuant to Local Rule 83.1(d) (D. Conn.) for an order admitting Eric H. Loeffler, Esq., of Cetrulo & Capone LLP, to appear and practice before this Court *pro hac vice* on behalf Travelers Property & Casualty Insurance Company in the above-captioned matter. In support of this Motion, the undersigned states as follows:

    1.    The undersigned is a member in good standing of the Bar of this Court.

    2.    Eric H. Loeffler, of the law firm of Cetrulo & Capone LLP, Two Seaport Lane, Boston, Massachusetts, 02210 (617-217-5500) is counsel to Travelers Property &

Casualty Insurance Company.

3. Mr. Loeffler is admitted to practice in the Commonwealth of Massachusetts (Bar No. 641289), the United States District Court for the District of Massachusetts and the First Circuit Court of Appeals. Mr. Loeffler is a member in good standing and eligible to practice in each of these courts. Mr. Loeffler has not been subject to disciplinary proceedings in any jurisdiction. He has never had a grievance pending against him, nor has he ever been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.

4. Mr. Loeffler has appeared on behalf of this and many other clients in surety/construction litigation and in doing so has acquired experience and knowledge with respect to this type of litigation generally, as well as with respect to the specifics of the claims and defenses involved in the present litigation.

5. Pursuant to Local Rule 83.1(d) of the United States District Court for the Connecticut, attached hereto as Exhibit A is the signed Affidavit of Eric H. Loeffler in support of this Motion.

WHEREFORE, it is respectfully requested that Eric H. Loeffler be permitted to appear *pro hac vice* for the purpose of representing Travelers Property & Casualty Insurance Company in this case.

                    Respectfully submitted,

                    **Travelers Property & Casualty Insurance Company,**

                    By its attorney,

                    _____
                    Bradford R. Carver, (ct12846)
                    Cetrulo & Capone LLP
                    Two Seaport Lane, 10th Floor
                    Boston, MA 02210
                    Phone: (617) 217-5500

Dated: February 27 2004          Fax: (617) 217-5200

    Local Rule 2(c) Counsel:

    James E. Mack, Esq.
    Travelers Property Casualty Company
    One Tower Square
    Bond Claim, 14CZ
    Hartford, CT  06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, BBO #565396, hereby certify that on this 27th day of February, 2004, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

John J. O'Brien, Jr., Esq.
Moller, Peck & O'Brien, LLC
1010 Wethersfield Avenue
Hartford, CT 06114

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122

_____
Bradford R. Carver, (ct12846)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Phone: (617) 217-5500

319219/01037-0007