UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Civil Action No. 302CV1500GLG

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY,<br>       Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY,<br>       Defendants. | |

### AFFIDAVIT OF ERIC H. LOEFFLER FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

I, Eric H. Loeffler, being duly sworn, hereby depose and state as follows.

1. I am an associate in the law firm of Cetrulo & Capone LLP, Two Seaport Lane, Boston, Massachusetts.[1]

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts (Bar No. 641289). I am admitted to practice before all Massachusetts State Courts, the United States District Court for the District of Massachusetts and the First Circuit Court of Appeals. I have been admitted *pro hac vice* in the United States

---

[1] My telephone number is (617) 217-5000. My facsimile number is (617) 217-5200. My email address is eloeffler@cetcap.com.

District Court for the District of Maine. I have not been denied admission by this Court or any other court. I have not been subject to disciplinary proceedings in any jurisdiction. I have never had a grievance pending against me, nor have I ever been reprimanded, suspended, placed on inactive status, disbarred or resigned from the practice of law.

3. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court. I have appeared on behalf of this and many other clients in surety/construction litigation and in doing so I have acquired experience and knowledge with respect to this type of litigation generally, as well as with respect to the specifics of the claim involved in the trial of the present cause.

4. If permitted to participate as counsel of record for Travelers Property & Casualty Insurance Company, I will remain associated with Bradford R. Carver, Esq. who is a member in good standing of the bar of this Court.

5. For the foregoing reasons, I respectfully request that this Honorable Court permit me to take part in this action as counsel of record for Travelers Property & Casualty Insurance Company.

Signed under the pains and penalties of perjury this 21st day of February, 2004.

Eric H. Loeffler, Massachusetts Bar No. 641289
CETRULO & CAPONE, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

State of Massachusetts       )
                             ) ss.
County of Suffolk            )

    Then personally appeared the above named Eric H. Loeffler and acknowledged the foregoing instrument to be his free act and deed before me.

                                                       *Christine L. Rocha*
                                      Notary Public Christine L. Rocha
                                      Commission Expires: 9/9/2005

319220/01037-0007