```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT
```

Travelers Property & Casualty Insurance Co.

V.                              Case Number:  3:02cv1500(GLG)

Triton Marine Construction Corp. Et al

### Motion for PHV doc.# **32**

**GRANTED**

    Dated at New Haven, Connecticut, March 10, 2004.

                  KEVIN F. ROWE, CLERK

                  By: _____
                        Rita Warner
                        Deputy Clerk