# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Travelers Prop
vs
Triton Marine Const, et al

## APPEARANCE

CASE NUMBER: 302CV1500GLG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Travelers Property & Casualty Insurance Company



---

Date: 3/30/04

CT25692
Connecticut Federal Bar Number

617-217-5373
Telephone Number

617-217-5200
Fax Number

eloeffler@cetcap.com
E-mail address

Signature

Eric Hans Loeffler
Print Clearly or Type Name

Cetrulo & Capone LLP
Two Seaport Lane, Boston, MA 02210
Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John J. O'Brien, Jr., Esq.
Moller, Peck & O'Brien LLC
1010 Wethersfeild Avenue
Hartford, CT  06114

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington  98122

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)