## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Civil Action No. 302CV1500GLG

TRAVELERS PROPERTY & CASUALTY
INSURANCE COMPANY,
    Plaintiff,

v.

TRITON MARINE CONSTRUCTION CORP.,
R. JOHN ARMSTRONG, PATRICIA B.
ARMSTRONG, LEOLA E. DALY, M. JEAN
SEARLE, WILLIAM F. SEARLE, WENDELL
E. WEBBER, JANICE K. WEBBER,
SANDRA F. PRESTRIDGE, A. BURTON
PRESTRIDGE, EDWARD A. WARDELL,
CAROLYN S. WARDELL, JERRY W.
MCDONALD, MARY J. MCDONALD, AND
THE ESTATE OF EUGENE F. DALY,
    Defendants.



### TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION TO EXTEND SCHEDULING DEADLINES

The plaintiff, Travelers Property & Casualty Insurance Company ("Travelers"), hereby moves this Honorable Court to extend the discovery deadlines in this case and the corresponding scheduling deadlines in this case as follows:

- By extending the deadline for completing all fact discovery from April 30, 2004 to June 30, 2004;

- By extending the deadline for the defendant to designate trial experts and provide opposing counsel with reports from retained experts from March 31, 2004 to April 30, 2004;

- By extending the deadline for the plaintiff to designate trial experts and provide opposing counsel with reports from retained experts from February 27, 2004 to May 31, 2004;

- By extending the deadline for completing depositions of defendant's experts from April 30, 2004 to May 31, 2004;

4/12/04: Motion GRANTED on consent.
Gerard L. Goettel, USDJ