UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY : <br> INS. CO. <br>     Plaintiff, <br> <br> VS. <br> <br> TRITON MARINE CONSTRUCTION <br> CORP., ET AL | CASE NO. 3:02cv1500(GLG) <br> <br> <br> <br> <br> <br> APRIL 29, 2004 |

# TRITON MARINE CONSTRUCTION CORP.'S
# MOTION TO EXTEND SCHEDULING DEADLINES

The Defendant/Counterclaim Plaintiff, **TRITON MARINE CONSTRUCTION CORP.** (**"TRITON"**), hereby moves this Honorable Court to extend the following discovery deadlines in this case as follows:

1.  By extending the deadline for **TRITON** to designate trial experts from April 30, 2004 to July 16, 2004;

2.  By extending the deadline for the Plaintiff to designate trial experts from May 31, 2004 to August 16, 2004;

3.  By extending the deadline for completing the depositions of **TRITON**'s experts from May 31, 2004 to August 16; 2004; and

4. By extending the deadline for completing the depositions of Plaintiff's experts from June 30, 2004 to September 17, 2004.

**TRITON** requests this modification because it had anticipated completing the deposition of two important fact witnesses in April, 2004. Despite attempts by all parties to complete these depositions in April, 2004 the parties were unable to do so because of the witnesses' and counsel's schedules and the parties are now looking at completing them in late May, 2004-June, 2004. **TRITON** will need to complete these depositions before it can fully and properly designate its trial experts.

**TRITON**'s counsel has attempted to contact Attorney Carver, a couple of times to seek his consent to this motion. As of this time, however, counsel has not heard back from Attorney Carver.

**DEFENDANT,**
**TRITON MARINE CONSTRUCTION CORP.**

By _____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
**PECK AND O'BRIEN, P.C.**
433 Silas Deane Highway
Wethersfield, Connecticut  06109
Telephone: (860) 563-5500

2

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of April, 2004, the foregoing was mailed to the following counsel of record:

Bradford R. Carver, Esq.
**Cetrulo & Capone, LLP**
Two Seaport Lane, 10th Floor
Boston, Massachusetts 02210

_____
JOHN J. O'BRIEN, JR., ESQ.

3