**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------X
TRAVELERS PROPERTY & CASUALTY   :
INS. CO.,                       :
                                :
        Plaintiff,              :         ORDER
                                :
    -against-                   :
                                :         3: 02 CV 1500  (GLG)
TRITON MARINE CONSTRUCTION      :
CORP., et al.,                  :
                                :
        Defendants.             :
------------------------------X
```

The Motion to extend scheduling deadlines [Doc. # 37] filed by Defendant/Counterclaim Plaintiff is **granted**.

The deadlines are as follows:

- Defendant to designate trial experts    July 16, 2004
- Plaintiff to designate trial experts    August 16, 2004
- Depositions of Defendant's experts      August 16, 2004
- Depositions of Plaintiff's experts      September 17, 2004

**SO ORDERED.**

**Dated:   May 6, 2004**
**         Waterbury, CT**                    /s/
                                      Gerard L. Goettel
                                          U.S.D.J.