UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

May 27, 2004

3:02CV1500 (SRU)     Travelers Prop. vs. Triton Marine

NOTICE TO COUNSEL

    We have transferred the above-captioned case from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Stefan R. Underhill, United States District Judge, who sits in Bridgeport, CT.  Counsel shall file all future filings with the Office of the Clerk, United States District Court, 915 Lafayette Blvd, Bridgeport, CT 06604.  The initials "SRU" shall appear after the case number.

                                  By Order of the Court

                                  Kevin F. Rowe, Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

May 27, 2004

3:02CV1500(SRU)   Moulthrope et al v. Fred E. Marine

NOTICE TO COUNSEL

We have transferred the above-captioned case from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Stefan R. Underhill, United States District Judge, who sits in Bridgeport, CT. Counsel shall file all future filings with the Office of the Clerk, United States District Court, 915 Lafayette Blvd., Bridgeport, CT 06604.  The initials "SRU" shall appear after the case number.

By Order of the Court

Kevin F. Rowe, Clerk