FILED

JUL 14 ... .. PM '04

UNITED STATED DISTRICT COURT 
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS PROPERTY & CASUALTY INS. CO. | : | CASE NO. 3:02cv1500(GLG) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| TRITON MARINE CONSTRUCTION CORP., ET AL | : | JULY 12, 2004 |

# PARTIES' JOINT REQUEST FOR
## MODIFICATION TO THE SCHEDULING ORDER

The parties request that the following modifications be made to the existing Scheduling Order:

- Defendant to designate trial experts by September 30, 2004;

- Plaintiff to designate trial experts by October 30, 2004;

- Depositions of Defendant's experts by October 30, 2004;

- Depositions of Plaintiff's experts by November 30, 2004;

- Motions for Summary Judgment by September 30, 2004; and

- Reply to Summary Judgment by October, 30, 2004.

The requested modifications have been necessitated by the fact that the Defendants have

not been able to complete fact depositions because of the difficulty availability of the witnesses.

These witnesses have since indicated their availability for depositions prior to August 30, 2004.

Plaintiff's counsel consents to these modified dates.

DEFENDANTS,
TRITON MARINE CONSTRUCTION CORP., ET AL

By _____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
**PECK AND O'BRIEN, P.C.**
433 Silas Deane Highway
Wethersfield, Connecticut 06109
Telephone: (860) 563-5500

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of July, 2004, the foregoing was mailed to the

following counsel of record:

| | |
|---|---|
| Bradford R. Carver, Esq. | Dale R. Martin, Esq. |
| Eric Loeffler, Esq. | **Barokas, Martin, Ahlers & Tomlinson** |
| **Cetrulo & Capone, LLP** | 1422 Bellevue Avenue |
| Two Seaport Lane, 10th Floor | Seattle, Washington 98122 |
| Boston, Massachusetts 02210 | |

_____
JOHN J. O'BRIEN, JR., ESQ.

2