UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS PROPERTY & CASUALTY INS. CO. | : | CASE NO. 3:02cv1500(SRU) |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| TRITON MARINE CONSTRUCTION CORP., ET AL | : | SEPTEMBER 28, 2004 |
|     Defendants, | | |

### DEFENDANT/COUNTERCLAIM PLAINTIFF'S REQUEST FOR MODIFICATION TO THE SCHEDULING ORDER

The Defendant/Counterclaim Plaintiff requests that the following modifications be made to the existing Scheduling Order:

- Defendant to designate trial experts by November 15, 2004;

- Depositions of Defendant's experts by December 15, 2004;

The current deadlines are September 30, 2004 and October 30, 2004. The requested modifications have been necessitated by the fact that the Defendants were finally able to complete two of the depositions of fact witnesses that needed to be completed in order for the prospective experts to make a complete review of the matter. As of this date the transcripts of those depositions have not been received. Plaintiff's counsel is providing dates for the final two fact witness depositions which

will then complete the fact witnesses needed in order for the proposed experts' complete review of the matter in order to be in a position to finalize opinions.

This requested modification will not impact other aspects of the Scheduling Order. Defendants' counsel spoke with Plaintiff's counsel regarding this motion and he indicated that they did not consent but might not necessarily oppose the motion.

> DEFENDANTS,
> TRITON MARINE CONSTRUCTION CORP., ET AL
>
> By _____
> JOHN J. O'BRIEN, JR., ESQ. (CT04856)
> PECK AND O'BRIEN, P.C.
> 433 Silas Deane Highway
> Wethersfield, Connecticut 06109
> Telephone:(860) 563-5500
> Facsimile: (860) 566-5520

### CERTIFICATE OF SERVICE

This is to certify that on this 28th day of September, 2004, the foregoing was mailed to the following counsel of record:

Bradford R. Carver, Esq.  
Eric Loeffler, Esq.  
Cetrulo & Capone, LLP  
Two Seaport Lane, 10th Floor  
Boston, Massachusetts 02210  

Dale R. Martin, Esq.  
Barokas, Martin, Ahlers & Tomlinson  
1422 Bellevue Avenue  
Seattle, Washington 98122  

_____
JOHN J. O'BRIEN, JR., ESQ.

Page 2

09.27.04 Triton Marine.Travelers P&C.Request for Modification to Scheduling Order