UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY,<br><br>Defendants. | CIVIL ACTION NO. 302CV1500SRU |

## TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. Rule 56(c), the plaintiff, Travelers Property & Casualty Insurance Company ("Travelers"), respectfully requests that this Honorable Court grant summary judgment in Travelers' favor on its claims and on all counts asserted in Triton's Counterclaim. As grounds for this Motion, Travelers states:

1. There is no genuine issue as to any material fact; and

2. Based upon the undisputed facts, Travelers is entitled to judgment as a matter of law.

In further support of this motion, Travelers files herewith its Local Rule 56(a)1 Statement of Material Facts, Memorandum of Law in Support of Travelers' Motion for Summary

1

Judgment, the Affidavit of Sherrie L. Monteiro and the Affidavit of Bradford R. Carver, with exhibits attached.

WHEREFORE, Travelers respectfully requests that this Honorable Court grant its Motion for Summary Judgment in its entirety, and for such other and further relief that this Court deems just and proper

        Respectfully submitted,

        TRAVELERS PROPERTY & CASUALTY
        INSURANCE COMPANY,

        By its attorney,

        */s/ Bradford R. Carver*
        Bradford R. Carver, (ct12846)
        Cetrulo & Capone LLP
        Two Seaport Lane, 10th Floor
        Boston, MA 02210
        Phone: (617) 217-5500
        Fax: (617) 217-5200


        Local Rule 2(c) Counsel:
        James E. Mack, Esq.
        St. Paul Travelers
        One Tower Square, 4PB
        Hartford, CT 06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, BBO #565396, hereby certify that on this 29th day of September 2004, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

John J. O'Brien, Jr., Esq.
Peck & O'Brien, PC
433 Silas Deane Highway, Second Floor
Wethersfield, CT 06109

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122

Bradford R. Carver, (ct12846)