**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY,<br><br>　　　　Defendants. | CIVIL ACTION NO. 302CV1500SRU |

## AFFIDAVIT OF BRADFORD R. CARVER

I, Bradford R. Carver, having been duly sworn, hereby depose and state as follows:

1.　　I am an attorney in good standing and counsel of record for the plaintiff, Travelers Property & Casualty Insurance Company ("Travelers") in this lawsuit.

2.　　Attached hereto as Exhibit 1 are true and accurate copies of relevant excerpts from the deposition transcript of Sherrie L. Monteiro, taken on October 2, 2003, October 3, 2003 and March 24, 2004.

3.　　Attached hereto as Exhibit 2 are true and accurate copies of relevant excerpts from the deposition transcript of Terry McLoughlin, taken on June 17, 2004.

4.　　Attached hereto as Exhibit 3 are true and accurate copies of relevant excerpts from the deposition transcript of James David McClung, taken on March 23, 2004.

1

5. Attached hereto as <u>Exhibit 4</u> are true and accurate copies of relevant excerpts from the deposition transcript of Arvin Daum, taken on May 21, 2003.

6. Attached hereto as <u>Exhibit 5</u> are true and accurate copies of relevant excerpts from the deposition transcript of Frederick S. Bossard, taken on May 22, 2003.

7. Attached hereto as <u>Exhibit 6</u> are true and accurate copies of relevant excerpts from the deposition transcript of David F. Boyd, taken on March 12, 2004.

8. Attached hereto as <u>Exhibit 7</u> is a true and accurate copy of Deposition Exhibit 4, a March 24, 2000 letter from Douglas W. Melroy of Reliance Insurance Company to Arvin Daum.

9. Attached hereto as <u>Exhibit 8</u> is a true and accurate copy of Deposition Exhibit 5, a July 12, 2000 facsimile transmittal from Arvin Daum to Fred Bossard.

10. Attached hereto as <u>Exhibit 9</u> is a true and accurate copy of Deposition Exhibit 7, a July 16, 2001 letter from David Boyd to Fred Bossard.

11. Attached hereto as <u>Exhibit 10</u> is a true and accurate copy of Deposition Exhibit 8, an August 20, 2001 letter from Fred Bossard to the Department of the Army, Albuquerque District Corps of Engineers.

12. Attached hereto as <u>Exhibit 11</u> is a true and accurate copy of Deposition Exhibit 9, a September 10, 2001 letter from William J. McCollam to Fred Bossard.

13. Attached hereto as <u>Exhibit 12</u> is a true and accurate copy of Deposition Exhibit 10, a November 15, 2001 letter from Fred Bossard to Theresa Armijo.

14. Attached hereto as <u>Exhibit 13</u> is a true and accurate copy of Deposition Exhibit 11, a December 18, 2001 letter from Theresa Armijo to Fred Bossard.

15. Attached hereto as <u>Exhibit 14</u> is a true and accurate copy of Deposition Exhibit 16, a February 18, 2000 letter from Theresa Armijo to Terry McLoughlin,

16. Attached hereto as <u>Exhibit 15</u> is a true and accurate copy of Deposition Exhibit 18 an April 20, 2000 letter from Terry McLoughlin to Dale Martin with a copy of the Takeover Agreement attached.

17. Attached hereto as <u>Exhibit 16</u> is a true and accurate copy of the first page of Deposition Exhibit 28, a January 18, 2002 letter from John Scarpellino to David McClung.

18. Attached hereto as <u>Exhibit 17</u> is a true and accurate copy of Deposition Exhibit 30, a July 15, 2002 letter from Bradford R. Carver to Dale R. Martin.

19. Attached hereto as <u>Exhibit 18</u> is a true and accurate copy of Deposition Exhibit 31, an April 4, 2002 letter from Sherrie Monteiro to an indemnitor, Willard F. Searle.

20. Attached hereto as <u>Exhibit 19</u> is a true and accurate copy of Deposition Exhibit 32, an April 24, 2002 letter from Sherrie L. Monteiro to David Boyd of Triton Marine Corp.

21. Attached hereto as <u>Exhibit 20</u> is a true and accurate copy of Deposition Exhibit 40, a May 14, 2002 letter from Bradford R. Carver to Dale R. Martin.

22. Attached hereto as <u>Exhibit 21</u> is a true and accurate copy of Deposition Exhibit 41, a May 20, 2002 letter from Dale R. Martin to Bradford R. Carver.

23. Attached hereto as <u>Exhibit 22</u> is a true and accurate copy of Deposition Exhibit 46, a March 7, 2000 letter from David Boyd to Theresa Armijo.

24. Attached hereto as <u>Exhibit 23</u> is a true and accurate copy of Deposition Exhibit 50, a May 23, 2002 email exchange between Sherrie Monteiro and Fred Bossard.

25. Attached hereto as <u>Exhibit 24</u> is a true and accurate copy of Deposition Exhibit 51, a May 15, 2002 letter from Mary Higgins, Assistant U.S. Attorney, to Travelers, with Grand Jury Subpoena attached.

26. Attached hereto as <u>Exhibit 25</u> is a true and accurate copy of Deposition Exhibit 63, an April 27, 2000 letter from Terry McLoughlin to David McClung.

27. Attached hereto as <u>Exhibit 26</u> is a true and accurate copy of Deposition Exhibit 71, a July 10, 2000 letter from Joseph P. Kiernan to Reliance Customer.

28. Attached hereto as <u>Exhibit 27</u> is a true and accurate copy of Deposition Exhibit 75, the Indemnity Agreement executed by the Defendants.

29. Attached hereto as <u>Exhibit 28</u> is a true and accurate copy of Deposition Exhibit 76, a May 31, 2000 Assignment of Indemnity Rights.

30. Attached hereto as <u>Exhibit 29</u> is a true and accurate copy of Deposition Exhibit 90, a May 13, 2002 letter from Dale R. Martin to Bradford R. Carver.

31. Attached hereto as <u>Exhibit 30</u> is a true and accurate copy of Deposition Exhibit 92, an August 20, 1999 letter from Theresa Armijo to David McClung.

32. Attached hereto as <u>Exhibit 31</u> is a true and accurate copy of TIG Insurance's Contractors Rework Insurance Endorsement form relative to Triton Marine Corporation.

33. Attached hereto as <u>Exhibit 32</u> is a true and accurate copy of St. Paul Fire and Marine Insurance Co.'s Insuring Agreement relative to Triton Marine Corporation.

34. Attached hereto as <u>Exhibit 33</u> is a true and accurate copy of Deposition Exhibit KK, the settlement agreements between Triton and St. Paul, and Triton and TIG, respectively.

35. Attached hereto as <u>Exhibit 34</u> is a true and accurate copy of Deposition Exhibit FF, the Complaint in the action captioned <u>Triton Marine Corporation v. United States of America</u>, Civil Action No. 00-261-C.

36. Attached hereto as <u>Exhibit 35</u> is a true and accurate copy of Deposition Exhibit GG, the Amended Complaint in the action captioned <u>Triton Marine Corporation v. United States of America</u>, Civil Action No. 00-261-C.

37. Attached hereto as <u>Exhibit 36</u> is a true and accurate copy of Deposition Exhibit HH, the Second Amended Complaint in the action captioned <u>Triton Marine Corporation v. United States of America</u>, Civil Action No. 00-261-C.

38. Attached hereto as <u>Exhibit 37</u> is a true and accurate copy of Deposition Exhibit II, the Stipulation for Entry of Judgment in the action captioned <u>Triton Marine Corporation v. United States of America</u>, Civil Action No. 00-261-C.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 29th DAY OF SEPTEMBER, 2004.

_____
Bradford R. Carver, (ct12846)

01037-0007
344735v1