UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 OCT -8  A 9:59

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY,<br><br>Defendants. | CIVIL ACTION NO. 302CV1500SRU |

### TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY'S RESPONSE TO DEFENDANT'S REQUEST FOR MODIFICATION OF THE SCHEDULING ORDER

The plaintiff, Travelers Property & Casualty Insurance Company ("Travelers"), submits this Response to the Defendant's Request for Modification of the Scheduling Order. Travelers does not object to the extensions requested by the Defendant, so long as the deadline for Travelers to designate its trial experts (currently October 30, 2004) and the deadline for depositions of Travelers' experts (currently November 30, 2004) be correspondingly modified to December 15, 2004 and January 15, 2004, respectively.

1

Respectfully submitted,

TRAVELERS PROPERTY & CASUALTY
INSURANCE COMPANY,

By its attorney,

/s/ Bradford R. Carver

Bradford R. Carver, (ct12846)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Phone: (617) 217-5500
Fax: (617) 217-5200


Local Rule 2(c) Counsel:
James E. Mack, Esq.
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

## CERTIFICATE OF SERVICE

  I, Bradford R. Carver, BBO #565396, hereby certify that on this 7th day of October 2004, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

John J. O'Brien, Jr., Esq.
Peck & O'Brien, PC
433 Silas Deane Highway, Second Floor
Wethersfield, CT 06109

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122

                Bradford R. Carver, (ct12846)

01037-0007
345739v1