UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS PROPERTY & CASUALTY INS. CO. | : | CASE NO. 3:02cv1500 (SRU) |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| TRITON MARINE CONSTRUCTION CORP., ET AL | : | OCTOBER 27, 2004 |
|     Defendants, | | |

**<u>DEFENDANT/COUNTERCLAIM PLAINTIFF'S REQUEST FOR MODIFICATION TO THE SCHEDULING ORDER</u>**

The Defendant/Counterclaim Plaintiff requests that the following modifications be made to the existing Scheduling Order:

- Defendant/Counterclaim Plaintiff's Reply to the Motion for Summary Judgment by November 30, 2004.

The current deadline is October 31, 2004. The requested modifications have been necessitated by the following circumstances:

1) There remain two fact witness depositions to be completed. These depositions were scheduled for October 15, 2004. The undersigned counsel was unable to take them on that date because he was put on trial in a matter at the last minute earlier that week. These depositions need to be completed because at least one of the witnesses may

      present testimony that will further create issues of material fact.  These depositions will be completed by mid-November.

2)    Defendant is finalizing its expert reports which are due November 19, 2004 and expects that it will use some expert Affidavits in response to the Motion for Summary Judgment.

3)    Defendants' co-counsel who has been intricately involved with this matter was away for three (3) weeks in October on a vacation for his 50th Wedding Anniversary which has also impacted the response date.

This requested modification will not impact other aspects of the Scheduling Order.  Defendants' counsel spoke with Plaintiff's counsel regarding this motion and they recently indicated that they did not consent to this request.

                DEFENDANTS,
                TRITON MARINE CONSTRUCTION CORP., ET AL

              By_____
                JOHN J. O'BRIEN, JR., ESQ. (CT04856)
                PECK AND O'BRIEN, P.C.
                433 Silas Deane Highway
                Wethersfield, Connecticut 06109
                Telephone:(860) 563-5500
                Facsimile:  (860) 566-5520

CERTIFICATE OF SERVICE

This is to certify that on this 27th day of October, 2004, the foregoing was mailed to the following counsel of record:

Bradford R. Carver, Esq.  
Eric Loeffler, Esq.  
Cetrulo & Capone, LLP  
Two Seaport Lane, 10th Floor  
Boston, Massachusetts 02210

Dale R. Martin, Esq.  
Barokas, Martin, Ahlers & Tomlinson  
1422 Bellevue Avenue  
Seattle, Washington 98122

_____  
JOHN J. O'BRIEN, JR., ESQ.