UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY,<br><br>      Defendants. | CIVIL ACTION NO. 302CV1500SRU |

### TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY'S OPPOSITION TO THE DEFENDANT/COUNERCLAMI PLAINTIFF'S REQUEST FOR MODIFICATION TO THE SCHEDULING ORDER

The plaintiff, Travelers Property & Casualty Insurance Company ("Travelers"), submits this Opposition to the Defendant/Counterclaim Plaintiff's ("Triton") Request for Modification to the Scheduling Order. As grounds for this Opposition, Travelers states as follows:

1.    On July 14, 2004, the parties filed a Joint Request for Modification to the Scheduling Order requesting that, among other things, the deadline for filing of summary judgment motions be extended to September 30, 2004 and that the deadline for filing oppositions to motions for summary judgment be extended to October 30, 2004. This Request was approved by the Court on July 16, 2004.

1

2. On September 30, 2004, Travelers timely filed its Motion for Summary Judgment and related papers with the Court. Despite the fact that Triton had thirty (30) days under the Scheduling Order to file its Opposition, which is considerably more time than allowed under the Federal Rules, Triton seeks an additional thirty-one (31) days to prepare its Opposition.

3. None of the reasons cited by Triton for its request support an extension of the deadline. With regard to the two depositions, counsel for Travelers confirmed with counsel for Triton that these individuals were available on October 15, 2004. Counsel for Triton let this date pass without rescheduling the depositions and only recently has requested that they be rescheduled.

4. Triton inappropriately seeks to circumvent the requirements of Fed. R. Civ. P. Rule 56(f) through its Request by claiming that it needs additional time to depose two fact witnesses and finalize expert affidavits in order to oppose the Motion for Summary Judgment. Rule 56(f) requires an affidavit from an opposing party stating the reasons why they are unable to present the necessary opposing material to a summary judgment motion. See Fed. R. Civ. P. 56(f); 10B WRIGHT & MILLER, FEDERAL PRACTICE AND PROCEDURE, §2740 ("Under the rule a party who seeks the protection of subdivision (f) must state by affidavit the reasons why he is unable to present the necessary opposing material"). Triton's Request would not suffice under Rule 56(f) and should not here.

5. Moreover, Triton cannot reasonably rely upon the vacation schedules of its counsel as an excuse to delay filing of Triton's Opposition and the overall resolution of this matter. Triton is represented by two (2) law firms in this case and the fact that one of Triton's lawyers planned a vacation or other commitment, despite being fully aware of the Court's July 16, 2004 Scheduling Order, cannot reasonably have any bearing on Triton's ability to timely file

its opposition. Triton's local counsel has been involved in all of the discovery and depositions in this matter and apparently was available to prepare an opposition.

6.  Finally, Triton will enjoy an unfair advantage if it is allowed sixty-one (61) days to prepare its opposition to Travelers' Motion for Summary Judgment.

## CONCLUSION

For the foregoing reasons, Travelers Property & Casualty Insurance Company respectfully requests that this Honorable Court deny the Defendant/Counterclaim Plaintiff's Request for Modification to the Scheduling Order.

Respectfully submitted,

TRAVELERS PROPERTY & CASUALTY
INSURANCE COMPANY,

By its attorney,

Bradford R. Carver, (ct12846)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Phone: (617) 217-5500
Fax: (617) 217-5200


Local Rule 2(c) Counsel:
James E. Mack, Esq.
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

## CERTIFICATE OF SERVICE

    I, Bradford R. Carver, BBO #565396, hereby certify that on this 1st day of November 2004, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

John J. O'Brien, Jr., Esq.
Peck & O'Brien, PC
433 Silas Deane Highway, Second Floor
Wethersfield, CT 06109

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122

                                                        Bradford R. Carver, (ct12846)