UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 DEC -6  P 12: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY,<br><br>Defendants. | CIVIL ACTION NO. 302CV1500SRU |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

The plaintiff, Travelers Property & Casualty Insurance Company ("Plaintiff"), and the defendants, Triton Marine Construction Corp., R. John Armstrong, Patricia B. Armstrong, Leola E. Daly, N. Jean Searle, William F. Searle, Wendell E. Webber, Janice K. Webber, Sandra F. Prestridge, A. Burton Prestridge, Edward A. Wardell, Carolyn S. Wardell, Jerry W. McDonald, Mary J. McDonald and the Estate of Eugene F. Daly (hereinafter collectively referred to as "Defendants"), hereby move this Honorable Court to modify the scheduling order in this case as follows:

- By extending the deadline for the Plaintiff to designate its trial experts from December 15, 2004, until thirty (30) days from the date upon which the Court issues a ruling on Travelers' Motion for Summary Judgment.

1

- By extending the deadline for the Plaintiff to take the depositions of the Defendants' experts from December 15, 2004, until thirty (30) days from the date upon which the Court issues a ruling on Travelers' Motion for Summary Judgment.

- By extending the deadline for the Defendants to take the depositions of the Plaintiff's experts from January 15, 2005 until sixty (60) days from the date upon which the Court issues a ruling on Travelers' Motion for Summary Judgment.

As grounds for this Motion, the parties state:

1. On September 30, 2004, the Plaintiff filed a Motion for Summary Judgment against the Defendants on its indemnity claim and on all counts asserted in Triton's Counterclaim.

2. The Defendants are in the process of filing their opposition to Travelers' Motion for Summary Judgment. The Court has not yet ruled or scheduled a hearing on the Motion for Summary Judgment.

3. The current deadline for the Plaintiff to designate its trial experts is December 15, 2004. The current deadline to take the depositions of the Defendants' experts is December 15, 2004. The current deadline for the Defendants to take the depositions of the Plaintiff's experts is January 15, 2005.

4. The parties seek the requested extension due to the pending motion for summary judgment which, depending on the Court's ruling, may impact the need and/or scope of future expert discovery in this case. Moreover, the current deadlines do not provide sufficient time to prepare for and take depositions of experts.

5. All parties have assented to this Motion.

6. The requested extension of the scheduling deadlines will not unfairly prejudice any party and is in the interest of judicial economy.

WHEREFORE, for the foregoing reasons, the Plaintiff and the Defendants request that their Joint Motion to Extend Scheduling Order Deadlines be allowed.

Respectfully submitted,

TRAVELERS PROPERTY & CASUALTY
INSURANCE COMPANY,

By its attorney,

_____
Bradford R. Carver, (ct12846)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Phone: (617) 217-5500
Fax: (617) 217-5200

Local Rule 2(c) Counsel:
James E. Mack, Esq.
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

**AND**

TRITON MARINE CONSTRUCTION CORP., R.
JOHN ARMSTRONG, PATRICIA B.
ARMSTRONG, LEOLA E. DALY, N. JEAN
SEARLE, WILLIAM F. SEARLE, WENDELL E.
WEBBER, JANICE K. WEBBER, SANDRA F.
PRESTRIDGE, A. BURTON PRESTRIDGE,
EDWARD A. WARDELL, CAROLYN S.
WARDELL, JERRY W. MCDONALD, MARY J.
MCDONALD AND THE ESTATE OF EUGENE F.
DALY,

By their attorneys,

_____
John J. O'Brien, Jr., Esq.
Peck & O'Brien, PC
433 Silas Deane Highway, Second Floor
Wethersfield, CT 06109

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122

3