UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE CO., | : | CASE NO. 3:02-cv-1500 (SRU) |
|     Plaintiff | | |
| VS. | | |
| TRITON MARINE CONSTRUCTION CORP., ET. AL., | : | DECEMBER 6, 2004 |
|     Defendants | | |

### **DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

The Defendant/Counterclaim Plaintiff respectfully requests the court for permission to exceed the 40-page limit for the filing of its Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment.

This matter has a rather long factual history. As a result, in order to fully apprise the Court of the complete background into the matter, the Defendants put together a detailed Factual Background section to the pending Opposition Memorandum. Cross-references to this Factual Background occur throughout the Brief which would make it difficult to eliminate the Factual Background.

Defendants' counsel spoke with Plaintiff's counsel regarding this motion and they indicated that although they do not object they do not necessarily consent to the request.

DEFENDANTS,
TRITON MARINE CONSTRUCTION CORP., ET AL

By  /s/ John J. O'Brien, Jr.
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
PECK AND O'BRIEN, P.C.
433 Silas Deane Highway
Wethersfield, Connecticut 06109
Telephone:(860) 563-5500
Facsimile:  (860) 566-5520
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

This is to certify that on this 6th day of December, 2004, the foregoing was mailed to the following counsel of record:

Bradford R. Carver, Esq.          Dale R. Martin, Esq.
Eric Loeffler, Esq.               Barokas, Martin, Ahlers & Tomlinson
Cetrulo & Capone, LLP             1422 Bellevue Avenue
Two Seaport Lane, 10th Floor      Seattle, Washington 98122
Boston, Massachusetts 02210

  /s/ John J. O'Brien, Jr.
JOHN J. O'BRIEN, JR.