FILED

2005 JAN -5  A 11: 31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY | : | CIVIL NO. 3:02-cv-1500 (SRU) |
| Plaintiff | | |
| V. | | |
| TRITON MARINE CONSTRUCTION CORP., ET. AL. | : | **NOTICE OF MANUAL FILING** |
| Defendant | | |

Please take notice that Triton Marine Construction Corp., Et. Al. has manually filed herewith its Local Rule 56(a)(2) Statement of Facts, its Memorandum of Law in Opposition to Motion for Summary Judgment, the Affidavit of John J. O'Brien and accompanying Exhibits and the other supporting Affidavits.

These documents have not been filed electronically because the electronic file size of all of the documents in their entirety exceed 1.5 mb., and because the referenced Exhibits are not in *Adobe.pdf* format as they were extracted from other documents.

This document has been served *via* mail on all parties.

Respectfully Submitted,

TRITON MARINE CONSTRUCTION CORP., ET AL

By_____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
PECK AND O'BRIEN, P.C.
433 Silas Deane Highway
Wethersfield, Connecticut 06109
Telephone: (860) 563-5500
Facsimile: (860) 566-5520
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2005, a copy of the foregoing was filed with the Court *via* courier delivery and by mail to all counsel of record as follows:

Bradford R. Carver, Esq.  
Eric Loeffler, Esq.  
Cetrulo & Capone, LLP  
Two Seaport Lane, 10th Floor  
Boston, Massachusetts 02210

Dale R. Martin, Esq.  
Barokas, Martin, Ahlers & Tomlinson  
1422 Bellevue Avenue  
Seattle, Washington 98122

---

JOHN J. O'BRIEN, JR., ESQ. (CT04856)  
PECK AND O'BRIEN, P.C.  
433 Silas Deane Highway  
Wethersfield, Connecticut 06109  
Telephone: (860) 563-5500  
Facsimile:  (860) 566-5520  
ATTORNEY FOR TRITON MARINE  
CONSTRUCTION CORP., ET AL

3