UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 JAN 18  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., R. JOHN ARMSTRONG, PATRICIA B. ARMSTRONG, LEOLA E. DALY, M. JEAN SEARLE, WILLIAM F. SEARLE, WENDELL E. WEBBER, JANICE K. WEBBER, SANDRA F. PRESTRIDGE, A. BURTON PRESTRIDGE, EDWARD A. WARDELL, CAROLYN S. WARDELL, JERRY W. MCDONALD, MARY J. MCDONALD, AND THE ESTATE OF EUGENE F. DALY,<br><br>Defendants. | CIVIL ACTION NO. 302CV1500SRU |

## TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO REPLY TO TRITON MARINE CONSTRUCTION CORP.'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The plaintiff, Travelers Property & Casualty Insurance Company ("Travelers"), hereby moves this Honorable Court to extend the time within which Travelers is to file its Reply to Triton Marine Construction Corp.'s ("Triton") Opposition to Travelers' Motion for Summary Judgment from January 17, 2005 to February 28, 2005. As grounds for this Motion, Travelers states as follows:

1.     On September 30, 2004, Travelers timely filed its Motion for Summary Judgment and related papers with the Court. The deadline under which Triton was to file its Opposition was October 31, 2004.

1

2. On October 28, 2004, Triton filed a request for an extension to file its opposition to Travelers' Motion for Summary Judgment from October 31, 2004 to November 30, 2004. That request was allowed by the Court.

3. On December 15, 2004, Triton filed a motion requesting that it be permitted to file a brief in excess of forty (40) pages in opposition to Travelers' Motion for Summary Judgment. That request was allowed by the Court on December 16, 2004.

4. It was not until January 5, 2005 that Triton finally filed its Opposition (and related papers) to Travelers' Motion for Summary Judgment with the Court. Thus, Triton had in excess of ninety (90) days to prepare its Opposition to Travelers' Motion for Summary Judgment.

5. Triton's Memorandum of Law in Opposition to Travelers' Motions for Summary Judgment totals one-hundred seventeen (117) pages. Travelers will need additional time to review and prepare a concise response to the voluminous amount of material that Triton has filed with the Court. In addition, counsel for Travelers will be engaged in lengthy trial beginning in early February 2005, which will require a substantial amount of time and preparation.

6. Plaintiff's counsel conferred with Defendant's counsel regarding this Motion and he indicated that although he does not object to the Motion, he does not necessarily consent to the Motion.

WHEREFORE, the plaintiff, Travelers Property & Casualty Insurance Company, hereby requests that the Court extend the time within which Travelers is to file its Reply to Triton Marine Construction Corp.'s Opposition to Travelers' Motion for Summary Judgment to February 28, 2005.

Respectfully submitted,

TRAVELERS PROPERTY & CASUALTY
INSURANCE COMPANY,

By its attorney,

_____
Bradford R. Carver, (ct12846)
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Phone: (617) 217-5500
Fax: (617) 217-5200

Local Rule 2(c) Counsel:
James E. Mack, Esq.
St. Paul Travelers
One Tower Square, 4PB
Hartford, CT 06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, BBO #565396, hereby certify that on this 14th day of January 2005, I caused a true and accurate copy of the above to be served via first class mail, postage prepaid, on the following counsel of record:

John J. O'Brien, Jr., Esq.
Peck & O'Brien, PC
433 Silas Deane Highway, Second Floor
Wethersfield, CT 06109

Dale R. Martin, Esq.
Barokas, Martin, Ahlers & Tomlinson
1422 Bellevue Avenue
Seattle, Washington 98122

_____
Bradford R. Carver, (ct12846)