# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TRAVELERS PROPERTY & CASUALTY INS.          :
                                            :
                        v.                  :     Civil Action No.
                                            :     3:02cv1500 (SRU)
TRITON MARINE CONSTRUCTION, ET AL.          :


## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___          All purposes except trial, unless the parties consent to trial before the Magistrate
             Judge

___          A ruling on all pretrial motions except dispositive motions

___          To supervise discovery and resolve discovery disputes

___          A ruling on the following motions which are currently pending:

_X_          A settlement conference

___          A conference to discuss the following: _____

___          Other: _____


SO ORDERED this 18th day of July 2005, at Bridgeport, Connecticut.


                                            /s/ Stefan R. Underhill_____
_____         Stefan R. Underhill
                                            United States District Judge