# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TRAVELERS PROP. & CASUALTY      :
INS. CO.      :
     :
     v.      :      Civ. Action No.
     :      3:02 CV1500 (SRU)
TRITON MARINE CONSTRUCTION      :
CORP., ET AL.      :

## ORDER

A Trial Calendar Call is ordered in this matter for **April 13, 2007 at 10:00 a.m.**.  Counsel

for both parties are ordered to appear before Judge Stefan R. Underhill in Courtroom #1 at the

United States District Court, 915 Lafayette Blvd., Bridgeport, CT at that time.  Parties shall be

prepared to discuss the trial readiness and scheduling of this case for a final pre-trial conference,

jury selection, and trial.

Parties are to confer in advance and should be prepared to jointly provide the Court with the

following information:

1. A list of dates between <u>May 14, 2007</u>, and <u>October 12, 2007</u> when counsel
   and witnesses are unavailable for trial; and

2. Issues raised in the pre-trial memorandum that need to be resolved in
   advance of trial, including further proceedings prior to trial, anticipated
   evidentiary problems at trial, and motions in limine.

If the parties believe that a settlement conference would be beneficial, they should request a

settlement conference by contacting Chambers on or before **March 16, 2007**.  Requests made

after this date may not be honored.  A request for a settlement conference, in the absence of

further order of the court, will not delay submission of the joint trial memorandum or the

scheduling of trial.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and confirm that all parties have notice of the April 13, 2007 trial calendar call.

It is so ordered.

Dated at Bridgeport this 13th day of February 2007.

                                        /s/ Stefan R. Underhill
                                        Stefan R. Underhill
                                        United States District Judge