UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY | : NO. 3:02cv1500 (SRU) |
| Plaintiff, | : |
| VS. | : |
| TRITON MARINE CONSTRUCTION CO., INC., ET AL | : |
| Defendants. | : MARCH 27, 2007 |

## MOTION FOR RULE 54(b) CERTIFICATION OF FINAL JUDGMENT

Pursuant to Fed. R. Civ. Pro. 54(b), the Defendants/Counterclaim Plaintiffs, **TRITON MARINE CONSTRUCTION CO., INC., ET AL, ("TRITON")**, move for entry of a Final Judgment of Dismissal on their Counterclaims. By Opinion dated February 9, 2007, the Court entered a summary judgment in favor of the Plaintiff/Counterclaim Defendant, **TRAVELERS PROPERTYAND CASUALTY COMPANY ("TRAVELERS")** that comprehended all **TRITON**'s Counterclaims. **TRITON** submits that there is no just reason for delaying entry of a Final Judgment of Dismissal on the Counterclaims, all as more fully elaborated in the supporting Memorandum of Law filed herewith.

DEFENDANTS,
TRITON MARINE CONSTRUCTION CORP., ET AL

By_____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
**PECK AND O'BRIEN, P.C.**
Post Office Box 290942
Wethersfield, Connecticut 06129-0942
Telephone: (860) 563-5500
Facsimile: (860) 563-5520

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of March, 2007, the foregoing was mailed to the following counsel of record:

Bradford R. Carver, Esq.
**Hinshaw & Culbertson, LLT**
One International Place, 3rd Floor
Boston, Massachusetts 02110
*Facsimile: (617) 213-7001*

_____
JOHN J. O'BRIEN, JR., ESQ.