UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY : | CASE NO. 3:02cv1500 (SRU) |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | |
| : | |
| TRITON MARINE CONSTRUCTION CORP., ET AL : | |
| : | |
| Defendants. : | MARCH 29, 2007 |

## PARTIES' JOINT
## MOTION FOR ENLARGEMENT OF TIME

Currently the Parties are required to file the Joint Pretrial Memorandum on March 30, 2007. The parties jointly request that the filing deadline be extended to April 27, 2007. There is some uncertainty as to the procedural posture of this matter and it is anticipated that this uncertainty could be resolved at a Calendar Call on this matter. Moreover, Plaintiff's counsel respectfully requests that the Calendar Call currently scheduled for April 13, 2007 be continued to a date after April 23, 2007 because of a previously scheduled mediation on April 13, 2007 in another matter, and commitments to be out of state the week of April 16, 2007. In support of this joint matter, the parties indicate the following:

(1)     Presently, the only issues surviving summary judgment are the Plaintiff's relatively straightforward indemnity claim and the Defendants' defenses to that claim. The Defendants' are currently uncertain as to the status of the Defendants' Special Defenses. To the extent, because of the Court's decision on the summary judgment, that the factual elements supporting the defenses are barred by collateral estoppel or the Special Defenses themselves by res judicata, the witnesses and documents to be introduced, by both parties, at any trial would be significantly less than the witnesses and documents proffered by both parties to be introduced in support, and defense, of the Special Defenses. This, as a practical matter, has bearing on the Pretrial Memorandum to be filed.

(2)     Defendants have filed a Rule 54(b) Motion seeking certification of a final judgment regarding their Counterclaims. Depending upon how the Court handles that motion, there might be an effect on the trial of Plaintiff's indemnity claim which would have bearing on the Pretrial Memorandum to be filed.

(3)     Plaintiff is considering refiling its Motion for Summary Judgment on it's indemnity claim, which might affect any trial of the indemnity claim which would have bearing on the Pretrial Memorandum to be filed.

The parties have been working on the Pretrial Memorandum but do need some guidance to bring it to conclusion. As a practical matter, this guidance can probably be best provided at the already scheduled Conference.

While the parties are intent on moving this matter toward conclusion, they are mindful of trying to be practical, both from the perspective of time and money spent on the Pretrial Memorandum.

PLAINTIFF,
TRAVELERS PROPERTY & CASUALTY

By *[signature]*
BRADFORD R. CARVER, ESQ. (CT12846)
HINSHAW & CULBERTSON, LLT
One International Place, 3rd Floor
Boston, Massachusetts 02110
Telephone: (617) 213-7000
Facsimile: (617) 213-7001

DEFENDANTS,
TRITON MARINE CONSTRUCTION CORP., ET AL

By *[signature]*
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
PECK AND O'BRIEN, P.C.
Post Office Box 290942
Wethersfield, Connecticut 06129-0942
Telephone: (860) 563-5500
Facsimile: (860) 563-5520