UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS PROP. & CASUALTY INS. CO. | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:02cv1500 (SRU) |
| TRITON MARINE CONSTRUCTION CORP., ET AL. | : | |

**CONFERENCE MEMORANDUM**

On April 11, 2007, I held a phone conference on the record with Bradford R. Carver, representing the plaintiff, and John J. O'Brien, Jr., representing the defendants. The purpose of the conference was to discuss scheduling and pending motions.

The defendants had filed a motion for Rule 54(b) certification of final judgment **(doc. # 75)**. I denied that motion. The parties had also filed a joint motion for extension of time to file their pretrial memorandum **(doc. #76)**. I granted that motion. The parties shall file their memorandum by **June 15, 2007**.

I also set trial dates. Jury selection will be held on **October 5, 2007**, with trial to begin on **October 22, 2007**.

Dated at Bridgeport, Connecticut, this 11th day of April 2007.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge