# HINSHAW
& CULBERTSON LLP

FILED

2007 AUG 30 A 9:08

U.S. DISTRICT COURT

**ATTORNEYS AT LAW**

One International Place, 3rd Floor
Boston, MA 02110

T 617-213-7000
F 617-213-7001
www.hinshawlaw.com

August 29, 2007

**VIA FACSIMILE**

The Honorable Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

  Re: Principal: Triton Marine
    Claim No.: 091 SCE 9902011R6
    Suit: Travelers Marine Property & Casualty
      Insurance Company v. Triton Marine
      Construction Corp., et al
      United States District Court for the District of
      Connecticut, CA Number 302CV1500GLG

Dear Judge Underhill:

  The undersigned represents the Plaintiff, Travelers Property and Casualty Insurance Company in the referenced matter. During our last telephone status conference with counsel for Triton Marine Construction Corp., you requested a status report by August 31, 2007. The purpose of this letter is to provide that report.

  By way of background, Travelers, as surety, commenced an indemnification action against Triton and multiple individual indemnitors. Triton filed various counterclaims. On February 9, 2007 this Court denied Travelers' and Triton's Cross-Motions for Summary Judgment. The single basis for the denial of Travelers' indemnification claim was that the indemnification letter sent by Travelers to the indemnitors was not sworn to as required under the indemnity agreement. See *Travelers Property and Cas. Ins. Co. v. Triton Marine Construction Corp.*, 473 F.Supp. 2d. 321, 327 (D.Conn. 2007).

  On April 11, 2007, this Court held a telephone conference. At or about that time, Triton raised the possibility of providing an agreed judgment to Travelers that would allow Triton to appeal this Court's ruling to the Second Circuit. This concept was set forth in Mr. John J. O'Brien's letter to the Court dated May 1, 2007. A proposed

The Honorable Stefan R. Underhill
August 29, 2007
Page 2

stipulated judgment was not provided until June 13, 2007. That proposed stipulated judgment, however, was only in the amount of $10,000.00 and required a dismissal, with prejudice, of all of the individual Defendants and thus it was unacceptable.

On July 10, 2007 this Court held another telephone conference. Triton indicated that it would submit a revised stipulated judgment within two days. To date, a revised stipulated judgment has not been submitted although various alternative concepts have been verbally communicated to the undersigned by Triton's counsel.

On August 14, 2007, and given the lack of any progress toward reaching an agreed judgment, Travelers mailed to Triton and each of the individual indemnitors a sworn letter setting forth the amount of its loss making sure that the letter conformed to the requirements of this Court's February 9, 2007 ruling.

Given the foregoing, it is Travelers preference that it be permitted to re-file its Motion for Summary Judgment setting forth, in essence, its same arguments as previously set forth but attaching to the motion an appropriate affidavit and copy of the recently sent letter to Triton and the individual indemnitors. If the motion is successful, it will obviate the need for the jury selection in this matter that is presently scheduled for October 5, 2007 as well as the subsequently scheduled trial. A renewed motion for summary judgment can be filed within ten (10) days. If necessary, Travelers will file an appropriate motion with the Court requesting leave to file its motion for summary judgment.

          Respectfully Submitted,

          HINSHAW & CULBERTSON LLP

          Bradford R. Carver
          617-213-7002
          bcarver@hinshawlaw.com

BRC:lam
Enclosure

cc: John J. O'Brien, Jr., Esq. *(via facsimile)*
   Ms. Sherrie Monteiro *(via e-mail)*

34033235v1 856823



**& CULBERTSON LLP**

ATTORNEYS AT LAW

One International Place, 3rd Floor
Boston, MA 02110

T 617-213-7000
F 617-213-7001
www.hinshawlaw.com

August 29, 2007

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| **TO:** | **COMPANY:** | **FAX NO.:** | **PHONE NO.:** |
| The Honorable Stefan R. Underhill | U.S. District Court | (203) 579-5704 | |
| John J. O'Brien, Jr., Esq. | Peck & O'Brien | (860) 563-5520 | |

**FROM:** Bradford R. Carver     **USER ID:** 1975

**MATTER NAME:** Triton     **MATTER NO.:** 856826

**NO. OF PAGES (including this Cover):** 3     **RETURN TO (other than above)**

**COMMENTS, IF ANY:**

**HARD COPY:** Original Will Not Be Sent

If you do not receive the number of pages listed above, please call 617-213-7000. The documents that accompany this facsimile contain confidential and privileged information and are intended solely for the use of the individual or entity to whom this transmission is directed. Any disclosure of the information herein is unauthorized and strictly prohibited. If you are not the intended recipient of this facsimile, please respond by facsimile to the number above or call the sending operator at our expense immediately so that we may arrange for the return of this document to us at no cost to you. Thank you.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

34033235v1 856823