# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., ET AL.,<br><br>　　　　Defendant. | CIVIL ACTION NO: 02 CV 1500 (SRU) |

## TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. Rule 56(c), the Plaintiff, Travelers Property & Casualty Insurance Company ("Travelers"), respectfully requests that this Honorable Court grant summary judgment in Travelers' favor on its claims. As grounds for this Motion, Travelers states:

　　1.　　There is no genuine issue as to any material fact; and

　　2.　　Based upon the undisputed facts, Travelers is entitled to judgment as a matter of law.

In further support of this motion, Travelers files herewith its Local Rule 56(a)1 Statement of Material Facts, Memorandum of Law in Support of Travelers' Motion for Summary Judgment and the Affidavit of Sherrie L. Monteiro.

　　WHEREFORE, Travelers respectfully requests that this Honorable Court grant its Motion for Summary Judgment in its entirety, and for such other and further relief that this Court deems just and proper

34033558v1 856823

                        Respectfully submitted,
                        **TRAVELERS PROPERTY AND**
                        **CASUALTY INSURANCE COMPANY**
                        By Its Attorneys,

                        /s/ Bradford R. Carver
                        Bradford R. Carver, (CT 12846)
                        HINSHAW & CULBERTSON LLP
                        One International Place, 3rd Floor
                        Boston, MA 02110
                        617-213-7000
                        617-213-7001 (facsimile)

Local Rule 83.1(c) (1) Counsel:

James E. Mack, Esq.
Travelers
One Tower Square, 2S1A
Hartford, CT 06183

## CERTIFICATE OF SERVICE

     I, Bradford R. Carver, hereby certify that on September 13, 2007, a copy of Travelers' Motion for Summary Judgment, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        */s/ Bradford R. Carver*
                        Bradford R. Carver, (CT 12846)