UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., ET AL,<br><br>    Defendant. | CIVIL ACTION NO: 02 CV 1500 (SRU) |

**TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY'S LOCAL RULE 56(A)(1) STATEMENT OF MATERIAL FACTS**

**INTRODUCTION**

On September 30, 2004, Travelers moved for summary judgment on all of its claims and on all counts asserted against Travelers as set forth in Triton's Counterclaim. On February 9, 2007, this Court granted Summary Judgment to Travelers as it relates to all of the claims asserted by Triton in its counterclaim. See *Travelers Property and Casualty Insurance Co. v. Triton Marine Construction Corp.*, 473 F.Supp. 2d. 321 (D.Conn. 2007) (hereinafter *Triton Decision)*. Although the Court granted Travelers' Motion as it relates to Triton's counterclaims, it ruled that a question of fact existed relating to Travelers claim for indemnification against Triton and various indemnitors. The question of fact was due to the fact that Travelers' authorized representative, "did not swear to the itemized statement, a requirement under the indemnity agreement. Thus, summary judgment on Travelers' claim for indemnification is denied." *Triton Decision*, 473 F.Supp. 2d. at 327.

Since the date of the *Triton Decision,* Travelers has rectified the sole deficiency noted by the Court in the *Triton Decision* by having an authorized representative send a sworn and itemized statement to Triton and the Indemnitors. Accordingly, Travelers hereby renews its Motion for Summary Judgment.

## II.    LOCAL RULE 56(a)(1) STATEMENT OF MATERIAL FACTS

1. Travelers hereby incorporates by reference the following documents that were previously filed in this case:

- Travelers Property and Casualty Insurance Company's Motion for Summary Judgment (Docket Number 43);

- Travelers Property and Casualty Insurance Company's Local Rule 56(a)(1) Statement of Material Facts (Docket Number 45);

- Memorandum of Law in Support of Travelers Property and Casualty Insurance Company's Motion for Summary Judgment (Docket Number 44);

- Affidavit of Sherrie L. Monteiro in Support of Travelers Property and Casualty Insurance Company's Motion for Summary Judgment (Docket Number 46); and

- Affidavit of Bradford R. Carver (Docket Number 47)

2. On August 14, 2007, Travelers' authorized representative, Senior Salvage Executive, Sherrie L. Monteiro, sent a letter to Triton and each individual indemnitor with a sworn and itemized statement setting forth Travelers losses totaling $368,038.09 as of the date of the August 14, 2007 letter. A copy of the sworn and itemized statement is attached hereto as Exhibit A.

3. Despite the demand from Travelers to Triton and the individual indemnitors that they reimburse and hold Travelers harmless from any claims, losses

34033559v1 856823

and expenses incurred and anticipated in connection with the bond, Triton and the individual indemnitors have refused to comply, all in violation of the express terms of the indemnity agreement.

Respectfully submitted,<br>
**TRAVELERS PROPERTY AND**<br>
**CASUALTY INSURANCE COMPANY**<br>
By Its Attorneys,

*/s/ Bradford R. Carver*
Bradford R. Carver, (CT 12846)
HINSHAW & CULBERTSON LLP
One International Place, 3rd Floor
Boston, MA 02110
617-213-7000
617-213-7001 (facsimile)

Local Rule 83.1(c) (1) Counsel:

James E. Mack, Esq.
Travelers
One Tower Square, 2S1A
Hartford, CT 06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, hereby certify that on September 13, 2007, a copy of Travelers Local Rule 56(a)(1) Statement of Material Facts, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Bradford R. Carver*
Bradford R. Carver, (CT 12846)

34033559v1 856823