UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., ET AL,<br><br>    Defendant. | CIVIL ACTION NO: 02 CV 1500 (SRU) |

**AFFIDAVIT OF SHERRIE L. MONTEIRO IN SUPPORT OF TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Sherrie L. Monteiro, having been duly sworn, hereby depose and state as follows:

1. I am employed by Travelers as a Senior Salvage Executive and I have full authority to adjust, manage, prosecute and defend claims on behalf of Travelers Property & Casualty Insurance Company ("Travelers") in this lawsuit. I am an authorized representative of Travelers. I make the statements that follow on personal knowledge or on the basis of business records of Travelers, of which I am the keeper.

2. On or about September 28, 2004, I submitted an Affidavit in this matter in support of Travelers' Motion for Summary Judgment (Docket No. 46). That Affidavit is incorporated herein as if fully set forth.

3. On August 14, 2007, I forwarded a letter to Triton and the other indemnitors at the addresses noted in the indemnity agreement and demanded that the indemnitors reimburse Travelers the amount of $368,038.09. This amount represents

Travelers' incurred losses to date. The letter sent on August 14, 2007 contained an itemized statement of Travelers losses and was sworn to by me as the Senior Salvage Executive for Travelers. (See Exhibit A.)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 12TH DAY OF SEPTEMBER, 2007.

*/s/ Sherrie L. Monteiro*
_____
SHERRIE L. MONTEIRO

34033560v1 856823