UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., ET AL,<br><br>    Defendant. | CIVIL ACTION NO: 02 CV 1500 (SRU) |

**TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY'S
NOTICE OF CORRECTION TO MOTION FOR SUMMARY JUDGMENT**

On September 13, 2007, Travelers Property and Casualty Insurance Company ("Travelers") filed a Motion for Summary Judgment. Travelers' Motion and its accompanying Local 56(a)(1) Statement of Material Facts, Memorandum of Law in Support of Travelers' Motion for Summary Judgment and the Affidavit of Sherrie L. Monteiro, are incorporated herein by reference.

On September 14, 2007, one day after the filing of Travelers' Motion for Summary Judgment, one of the Defendants, Triton Marine Construction Corp. ("Triton") remitted a partial and unconditional payment to Travelers in the amount of $332,491.55. Travelers' demand, as set forth in its Motion for Summary Judgment was $368,038.09 plus all accrued prejudgment interest. Given the partial and unconditional payment by Triton, the remaining principal amount owed, and for which Travelers' is now seeking summary judgment, is $35,546.54. However, Travelers wishes to make clear that in addition to the remaining principal amount owed, Travelers is still seeking

all accrued but unpaid prejudgment interest as allowed by law and the underlying indemnity agreement, as well as any attorneys' fees that continue to accrue.

Respectfully submitted,
**TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY**
By Its Attorneys,

*/s/ Bradford R. Carver*
Bradford R. Carver, (CT 12846)
HINSHAW & CULBERTSON LLP
One International Place, 3rd Floor
Boston, MA 02110
617-213-7000
617-213-7001 (facsimile)

Local Rule 83.1(c) Counsel:

James E. Mack, Esq.
Travelers
One Tower Square, 2S1A
Hartford, Connecticut 06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, hereby certify that on September 21, 2007, a copy of Travelers Property and Casualty Insurance Company's Notice of Correction to Motion for Summary Judgment, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Bradford R. Carver*
Bradford R. Carver, (CT 12846)
