# UNITED STATED DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE COMPANY : | CASE NO. 3:02cv1500 (SRU) |
| Plaintiff, : | |
| VS. : | |
| TRITON MARINE CONSTRUCTION CORP., ET AL : | |
| Defendants. : | OCTOBER 12, 2007 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

The Defendants request an enlargement of time for thirty (30) days until November 9, 2007 to respond to any issues remaining with regard to the Plaintiff's pending Motion for Summary Judgment. Plaintiff's counsel consents to this enlargement of time.

DEFENDANTS,
TRITON MARINE CONSTRUCTION CORP., ET AL

By_____
JOHN J. O'BRIEN, JR., ESQ. (CT04856)
Post Office Box 290942
Wethersfield, Connecticut  06129-0942
Telephone: (860) 563-5500
Facsimile:  (860) 563-5520

## **CERTIFICATION**

I hereby certify that on this 12th day of October, 2007, a copy of the foregoing was mailed, postage prepaid, to the following counsel of record:

Bradford R. Carver, Esq. (CT12846)
**HINSHAW & CULBERTSON, LLT**
One International Place, 3rd Floor
Boston, Massachusetts 02110

_____
JOHN J. O'BRIEN, JR., ESQ.