# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

TRAVELERS PROPERTY & CASUALTY
INSURANCE CO.

**APPEARANCE**

v.

TRITON MARINE CONSTRUCTION CORP., et al.

**CASE NUMBER:**    3:02CV01500 (SRU)

**To the Clerk of this Court and all parties of record:**

    **Enter my appearance as counsel in this case for:**  all defendants and counter-claimants.

| | |
|---|---|
| 10/23/07 | _(signature)_ |
| **Date** | **Signature** |
| ct03762 | Steven D. Ecker |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| | Cowdery, Ecker & Murphy, L.L.C. |
| (860) 278-5555 | 750 Main Street |
| **Telephone Number** | **Address** |
| (860) 249-0012 | Hartford, CT 06103 |
| **Fax Number** | **Address** |
| ecker@cemlaw.com | |
| **E-mail Address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | | |
|---|---|---|
| Bradford R. Carver, Esq. | Eric H. Loeffler, Esq. | John J. O'Brien, Jr., Esq. |
| Hinshaw & Culbertson LLP | Cetrulo & Capole | Law Offices of Peck & |
| One International Place, 3rd Floor | Exchange Place | O'Brien |
| Boston, MA  02110 | Two Seaport Lane, 10th Floor | P.O. Box 290942 |
| | Boston, MA  02210 | Wethersfield, CT  06129 |

Steven D. Ecker