FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 NOV -9 A 9: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE CO. | : | |
| Plaintiff, | : | Civil No. 3:02CV01500 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TRITON MARINE CONSTRUCTION CORP., et al. | : | |
| Defendants. | : | November 8, 2007 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Defendants, Triton Marine Construction Corp., R. John Armstrong, Patricia B. Armstrong, Leola E. Daly, M. Jean Searle, William F. Searle, Wendell E. Webber, Janice K. Webber, Sandra F. Prestridge, A. Burton Prestridge, Edward A. Wardell, Carolyn S. Wardell, Jerry W. McDonald, Mary J. McDonald, and the Estate of Eugene F. Daly, through undersigned counsel, respectfully move for a one-week extension (from November 9, 2007 until November 16, 2007) of the deadline for filing their opposition to plaintiff's Motion for Summary Judgment dated September 13, 2007. This is defendants' second request for an extension of this deadline. The basis for this motion is that the work schedule of undersigned counsel has prevented completion of the brief in this matter. These other obligations have included, among other things: Smith v. Andrews, S.C. 17745 (brief filed 10/26/07); Application for Certification for Immediate Expedited Appeal in State v. Fernando Alvarenga, CR 07-061137S (filed 10/30/07); State v. Thornton, A.C. 28170 (brief due 11/9/07); Maturo v. Maturo, S.C. 17776 (brief due 11/16/07); all-day depositions in state and out-of-state in Casella, et al. v. Ruth Sobol, et al., CV-04-4002328-S, and its related cases, on 11/2/07, 11/7/07 and 11/8/07.

Counsel for defendants have conferred with plaintiff's counsel concerning this request and he states that he does not oppose the requested one-week extension.

For the foregoing reasons, defendants respectfully request that the Court extend the deadline for the filing of defendants' opposition to plaintiff's Motion for Summary Judgment until November 16, 2007.

Respectfully submitted,
DEFENDANTS

By: _____
Steven D. Ecker, Esq. (ct03762)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: ecker@cemlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2007, the foregoing Motion for Extension of Time was mailed, postage prepaid, to:

Bradford R. Carver, Esq.
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110

Eric H. Loeffler, Esq.
Hinshaw & Culberton LLP
One International Plaza
Fort Hill Sq., - 3rd Floor
Boston, MA 02110

John J. O'Brien, Jr., Esq.
Law Offices of Peck & O'Brien
P.O. Box 290942
Wethersfield, CT 06129

_____
Steven D. Ecker