UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY & CASUALTY INSURANCE CO. : <br>     Plaintiff and Counter-Claim Defendants, : <br> : <br> v. : <br> : <br> TRITON MARINE CONSTRUCTION CORP., : <br> et al. : <br>     Defendants and Counter-Claimants. : | Civil No. 3:02CV01500 (SRU) <br><br><br><br><br><br> January 2, 2008 |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), defendants and counter-claimants Triton Marine Construction Corp., R. John Armstrong, Patricia B. Armstrong, Leola E. Daly, M. Jean Searle, William F. Searle, Wendell E. Webber, Janice K. Webber, Sandra F. Prestridge, A. Burton Prestridge, Edward A. Wardell, Carolyn S. Wardell, Jerry W. McDonald, Mary J. McDonald, and the Estate of Eugene F. Daly hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the District Court's partial Ruling on Motion for Summary Judgment, dated February 9, 2007 [Doc. 71] (attached at Tab 1) and its final ruling on plaintiff's Motion for Summary Judgment, dated December 5, 2007 [Doc. 100] (final Judgment attached at Tab 2).

Respectfully submitted,

By: /s/ *signature*
Steven D. Ecker, Esq. (ct03762)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: ecker@cemlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2008, the foregoing Notice of Appeal was mailed, postage prepaid, to:

Bradford R. Carver, Esq.
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA  02110

Eric H. Loeffler, Esq.
Hinshaw & Culberton LLP
One International Plaza
Fort Hill Sq., 3rd Floor
Boston, MA  02110

John J. O'Brien, Jr., Esq.
Law Offices of Peck & O'Brien
P.O. Box 290942
Wethersfield, CT  06129

_____
Steven D. Ecker