# TAB 2

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

TRAVELERS PROPERTY & CASUALTY
INSURANCE COMPANY

    v.                              3:02CV1500 SRU

TRITON MARINE CONSTRUCTION CORP.,
R. JOHN ARMSTRONG, PATRICIA B.
ARMSTRONG, LEOLA E. DALY, M. JEAN
SEARLE, WILLIAM F. SEARLE, WENDELL E.
WEBBER, JANICE K. WEBBER, SANDRA F.
PRESTRIDGE, A. BURTON PRESTRIDGE,
EDWARD A. WARDELL, CAROLYN S. WARDELL,
JERRY W. MCDONALD, MARY J. MCDONALD,
and THE ESTATE OF EUGENE F. DALY

### JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on February 9, 2007, granted the motion as to Triton's counterclaims, and after a hearing held on December 5, 2007, the motion as to defendants was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 7th day of December, 2007.

                              ROBERTA D. TABORA, Clerk

                              By  /s/ Barbara Sbalbi
                                  Deputy Clerk

Entered on Docket _____

DEC 2 1 2007