UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRITON MARINE CONSTRUCTION CORP., et al.,<br><br>Defendants. | CIVIL ACTION NO: 02 CV 1500 (SRU) |

**NOTICE OF APPEAL**

Pursuant to F.R.A.P. 4(a)(1) and (3), the plaintiff, Travelers Property and Casualty Insurance Company, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the District Court's February 9, 2007 Ruling on Motion for Summary Judgment and its final ruling on plaintiff's Motion for Summary Judgment, dated December 5, 2007, and Judgment, dated December 7, 2007, as they relate to the plaintiff's claim for interest.

Respectfully submitted,

TRAVELERS PROPERTY AND CASUALTY
INSURANCE COMPANY

By its attorneys,

_____
Bradford R. Carver (CT 12846)
HINSHAW & CULBERTSON LLP
One International Place, 3rd Floor
Boston, MA 02110
617-213-7000
617-213-7001 (facsimile)

January 15, 2008

34036493v1 856823

Local Rule 83.1(c) Counsel:

James E. Mack, Esq.
Travelers
One Tower Square, 2S1A
Hartford, CT 06183

## CERTIFICATE OF SERVICE

    I, Bradford R. Carver, hereby certify that on January 15, 2008, a copy of the forgoing Notice of Appeal was mailed, postage prepaid, to:

Steven D. Ecker, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main St.
Hartford, CT 06103

John J. O'Brien, Jr.
Law Offices of Peck & O'Brien
PO Box 290942
Wethersfield, CT 06129-0942

_____
Bradford R. Carver (CT 12846)

34036493v1 856823