UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Travelers Property & Casualty
Insurance Co.

Docket No. 08-0090-cv (L)
08-0352-cv (XAP)

Triton Marine Construction Corp.

**STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION,
WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE**

The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court by __April 11, 2008__.

If not thus reactivated, the appeal is subject to dismissal **with prejudice** and without costs or attorneys fees incurred to date. See, Hertzner v. Henderson, 292 F.3d 302, (2d Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

_____
Steven D. Ecker                           Counsel for Appellant
Cowdery, Ecker & Murphy, L.L.C.

_____
Bradford R. Carver                        Counsel for Appellee
Hinshaw & Culbertson, LLP

Counsel: Please print name and firm name under signature.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
       DEPUTY CLERK

So Ordered.
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By Lisa J. Greenberg, Staff Counsel

CERTIFIED: 4/9/08