MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES COURT OF APPEALS
FILED
APR 2 1 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Travelers Property &
Casualty Insurance Co.

v.

Triton Marine Construction Corp.

Docket No. 08-0090-cv
and
08-0352-cv

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration before the Court, such withdrawal to be without prejudice to reactivation by appellant's counsel by written notice to the Clerk of this Court by _____ May 2, 2008 _____

If not thus reactivated, the appeal is subject to dismissal **with prejudice** and without costs or attorneys fees incurred to date. See, Hertzner v. Henderson, 292 F.3d 302, (2d Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

_____
Steven D. Ecker
Cowdery, Ecker & Murphy, L.L.C.                    Counsel for Appellant/Cross-Appellee

_____
Bradford R. Carver
Hinshaw & Culbertson, LLP                          Counsel for Appellee/Cross-Appellant

Counsel: Please print name and firm name under signature.

Dated: April 11, 2008

So Ordered

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
_____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
DEPUTY CLERK

CERTIFIED:

JUN 2 4 2008